UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| THOMAS LEE EVANS, | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION 4:15-CV-03658 |
| | § | |
| LORIE DAVIS, | § | |
| Director of the Texas Department of Criminal | § | |
| Justice - Correctional Institutions Division, | § | |
| Respondent. | § | |

## Order of Adoption

On October 25, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 24) to which the petitioner objected (Dkt. 25). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice as time-barred. The court will issue a separate final judgment.

Signed  11 - 30  , 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge